

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
December 21, 2020 11:24

By: VINCENT D. SCEBBI 0095702

Confirmation Nbr. 2140401

NANCY JUCHNOWSKI                    CV 20 941756

vs.

KOHLS, INC. ET AL.,                 Judge: KATHLEEN ANN SUTULA

Pages Filed: 4



IN THE COURT OF COMMON PLEAS
GENERAL DIVISION
CUYAHOGA COUNTY, OHIO

NANCY JUCHNOWSKI
3850 Grant Street
Richfield, OH 44286

    Plaintiff,

vs.

KOHLS, INC.
c/o Norman Kohls
110 W. Sycamore Street
Columbus Grove, OH 45830

And

JOHN DOE 1-3
Addresses Unknown

    Defendants.

CASE NO.:

JUDGE

**COMPLAINT**

(Jury Demand Requested)

## JURISDICTON OF THE PARTIES

1. The facts giving rise to this lawsuit occurring on January 21, 2019 in Kohls Inc. at 6860 Ridge Road, in the City of Parma, Cuyahoga County, Ohio.

2. At all times relevant, Plaintiff was a resident of Summit County, Ohio.

3. At all times relevant, Defendant Kohls, Inc. (hereinafter "Defendant Kohls") is/ was a duly authorized corporation licensed to do business in the State of Ohio and engaged in business of operating a retail store located in at the aforementioned location.

4. At all times herein mentioned, Defendants John Doe 1, 2, and 3 (names unknown) are/were individuals(s) who or which acted pursuant to the allegations of this Complaint so as to give rise to liability to Plaintiffs herein. Defendants John Doe 1-3 are sued herein pursuant to Civ.R. 15(D) in that Plaintiff(s) can neither know nor ascertain the true name(s). When the true name(s) of Defendants John Doe 1-3 become known to and ascertained by Plaintiff(s), this Complaint will be amended and/or supplemented to allege the same.

## FIRST CLAIM OF RELIEF

5. Plaintiff re-alleges Paragraphs 1 through 4 as if fully rewritten herein.

6. On January 21, 2019, Plaintiff was walking inside Kohls in Parma, Ohio and was injured when she slipped and fell on liquid on the floor.

7. This incident was caused by the negligence of Defendant Kohls through its employees, aka Defendants John Doe 1-3.

8. Defendants John Doe 1-3 were acting in the course and scope of their employment with Defendant Kohl's, thus Defendant Kohl's is liable for its employees' negligence as the *respondeat superior*.

9. Said negligence includes, but is not limited to, the creation and/or maintenance of dangerous condition.

10. Further, Defendant Kohls knew or should have known of this dangerous condition and failed to warn Plaintiff of the same.

11. As a direct and proximate result Defendant Kohls' negligence, Plaintiff sustained bodily injuries which include, but not limited to, her left elbow, as well as other parts of her body, including her entire physical, nervous and emotional systems. The use, movement and strength of the injured portions of Plaintiff's body has been permanently impaired.

12. As a further direct and proximate result of the Defendant Kohls' negligence, the Plaintiff incurred medical and hospital expenses for the treatment of her injuries. She has reason to believe that she will continue to incur such expenses in the future.

13. As a further direct and proximate result of the Defendant Kohls' negligence, Plaintiff has incurred a loss of wages and her ability to earn income has been permanently impaired.

**WHEREFORE** Plaintiff demands judgment in the amount exceeding twenty-five thousand dollars ($25,000.00+) to compensate her for her injuries and damages, plus interests, costs, and any such further relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**
Nager, Romaine, & Schneiberg Co., LPA
27730 Euclid Avenue
Cleveland, OH 44132
Phone: 216-289-4740
Fax: 216-289-4743
Email: vscebbi@nrsinjurylaw.com
Attorney for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by the maximum number of jurors allowed by law.

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**

## PRAECIPE

Now comes Plaintiff, by and through undersigned counsel, and hereby respectfully requests the Clerk of Courts serve Defendants, by **certified mail**, with a copy of this **Complaint** at the address listed in the caption of this pleading.

Respectfully submitted,

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**
Nager, Romaine, & Schneiberg Co., LPA
27730 Euclid Avenue
Cleveland, OH 44132
Phone: 216-289-4740
Fax:    216-289-4743
Email: vscebbi@nrsinjurylaw.com
Attorney for Plaintiff

# SUMMONS IN A CIVIL ACTION - COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
### CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20941756 | D1 CM | 43266913 |

Rule 4 (B) Ohio

Rules of Civil Procedure

NANCY JUCHNOWSKI **PLAINTIFF**
VS
KOHLS, INC. ET AL., **DEFENDANT**

## SUMMONS

KOHLS, INC.
C/O NORMAN KOHLS
110 W. SYCAMORE STREET
COLUMBUS GROVE OH 45830

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on: 

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

VINCENT D. SCEBBI
27730 EUCLID AVE.

EUCLID, OH 44132-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

KATHLEEN ANN SUTULA
Do not contact Judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

By_____
Deputy



| DATE SENT |
|---|
| Dec 21, 2020 |

COMPLAINT FILED 12/21/2020


CMSN130





**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**REQUEST FOR SERVICE**
**January 13, 2021 11:05**

By: VINCENT D. SCEBBI 0095702

Confirmation Nbr. 2155319

NANCY JUCHNOWSKI  CV 20 941756

vs.

KOHLS, INC. ET AL.,  Judge: KATHLEEN ANN SUTULA

Pages Filed: 6



**Common Pleas Court of Cuyahoga County, Ohio**
**Nailah K. Byrd, Clerk of Courts**

## INSTRUCTIONS FOR SERVICE

Nancy Juchnowski
Plaintiff(s)

Case Number CV 20 941756

Judge: Kathleen Ann Sutula

Vs.
Kohls, Inc. et al.,
Defendants(s)

Date: 01/13/2021

Method of Service Requested:

Certified Mail Service ✓    Ordinary Mail Service ☐    Federal Express Service ☐

Personal Service by the Sheriff of _____ County ___

Residence Service by the Sheriff of _____ County ___

Personal Service By Process Server ____

Residence Service by Process Server ____

Name(s) and Address(es) of Parties to Serve:

Kohls, Inc. Corporate Creations Network Inc. 119 East Court Street, Cincinnati, OH 45202

Additional Instructions:

Filing Party Name: Vincent D. Scebbi    Supreme Court ID if applicable: 0095702

Phone Number: 216-289-4740

*For Use by Sheriff or Process Server Only*

Number of Service Attempts: _____

Address for Service if Different from address included above: _____
Electronically Filed 01/13/2021 11:05 / SERVICE / CV 20 941756 / Confirmation Nbr. 2155319 / CLCXH



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
December 21, 2020 11:24

By: VINCENT D. SCEBBI 0095702

Confirmation Nbr. 2140401

| | |
|---|---|
| NANCY JUCHNOWSKI | CV 20 941756 |
| vs. | |
| KOHLS, INC. ET AL., | Judge: KATHLEEN ANN SUTULA |

Pages Filed: 4

IN THE COURT OF COMMON PLEAS
GENERAL DIVISION
CUYAHOGA COUNTY, OHIO

NANCY JUCHNOWSKI
3850 Grant Street
Richfield, OH 44286

        Plaintiff,

vs.

KOHLS, INC.
c/o Norman Kohls
110 W. Sycamore Street
Columbus Grove, OH 45830

And

JOHN DOE 1-3
Addresses Unknown

        Defendants.

CASE NO.:

JUDGE

**COMPLAINT**

(Jury Demand Requested)

## JURISDICTON OF THE PARTIES

1.    The facts giving rise to this lawsuit occurring on January 21, 2019 in Kohls Inc. at 6860 Ridge Road, in the City of Parma, Cuyahoga County, Ohio.

2.    At all times relevant, Plaintiff was a resident of Summit County, Ohio.

3.    At all times relevant, Defendant Kohls, Inc. (hereinafter "Defendant Kohls") is/ was a duly authorized corporation licensed to do business in the State of Ohio and engaged in business of operating a retail store located in at the aforementioned location.

4.      At all times herein mentioned, Defendants John Doe 1, 2, and 3 (names unknown) are/were individuals(s) who or which acted pursuant to the allegations of this Complaint so as to give rise to liability to Plaintiffs herein. Defendants John Doe 1-3 are sued herein pursuant to Civ.R. 15(D) in that Plaintiff(s) can neither know nor ascertain the true name(s). When the true name(s) of Defendants John Doe 1-3 become known to and ascertained by Plaintiff(s), this Complaint will be amended and/or supplemented to allege the same.

## FIRST CLAIM OF RELIEF

5.      Plaintiff re-alleges Paragraphs 1 through 4 as if fully rewritten herein.

6.      On January 21, 2019, Plaintiff was walking inside Kohls in Parma, Ohio and was injured when she slipped and fell on liquid on the floor.

7.      This incident was caused by the negligence of Defendant Kohls through its employees, aka Defendants John Doe 1-3.

8.      Defendants John Doe 1-3 were acting in the course and scope of their employment with Defendant Kohl's, thus Defendant Kohl's is liable for its employees' negligence as the *respondeat superior*.

9.      Said negligence includes, but is not limited to, the creation and/or maintenance of dangerous condition.

10.     Further, Defendant Kohls knew or should have known of this dangerous condition and failed to warn Plaintiff of the same.

11.     As a direct and proximate result Defendant Kohls' negligence, Plaintiff sustained bodily injuries which include, but not limited to, her left elbow, as well as other parts of her body, including her entire physical, nervous and emotional systems. The use, movement and strength of the injured portions of Plaintiff's body has been permanently impaired.

12. As a further direct and proximate result of the Defendant Kohls' negligence, the Plaintiff incurred medical and hospital expenses for the treatment of her injuries. She has reason to believe that she will continue to incur such expenses in the future.

13. As a further direct and proximate result of the Defendant Kohls' negligence, Plaintiff has incurred a loss of wages and her ability to earn income has been permanently impaired.

**WHEREFORE** Plaintiff demands judgment in the amount exceeding twenty-five thousand dollars ($25,000.00+) to compensate her for her injuries and damages, plus interests, costs, and any such further relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**
Nager, Romaine, & Schneiberg Co., LPA
27730 Euclid Avenue
Cleveland, OH 44132
Phone: 216-289-4740
Fax: 216-289-4743
Email: vscebbi@nrsinjurylaw.com
Attorney for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by the maximum number of jurors allowed by law.

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**

## PRAECIPE

Now comes Plaintiff, by and through undersigned counsel, and hereby respectfully requests the Clerk of Courts serve Defendants, by **certified mail**, with a copy of this **Complaint** at the address listed in the caption of this pleading.

Respectfully submitted,

/s/ Vincent D. Scebbi, Esq.
**VINCENT D. SCEBBI, ESQ. (0095702)**
Nager, Romaine, & Schneiberg Co., LPA
27730 Euclid Avenue
Cleveland, OH 44132
Phone: 216-289-4740
Fax: 216-289-4743
Email: vscebbi@nrsinjurylaw.com
Attorney for Plaintiff

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20941756 | D1 CM | 43422060 |

Rule 4 (B) Ohio

Rules of Civil Procedure

NANCY JUCHNOWSKI **PLAINTIFF**
VS
KOHLS, INC. ET AL., **DEFENDANT**

## SUMMONS

KOHLS, INC.
CORPORATE CREATIONS NETWORK INC.
119 EAST COURT STREET
CINCINNATI OH 45202-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

VINCENT D. SCEBBI
27730 EUCLID AVE.

EUCLID, OH 44132-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

KATHLEEN ANN SUTULA
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas



By _____
Deputy



| DATE SENT |
|---|
| Jan 13, 2021 |

COMPLAINT FILED 12/21/2020

CMSN130



Date Produced: 01/25/2021

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3543 9642 37. Our records indicate that this item was delivered on 01/19/2021 at 11:20 a.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV20941756 43422060 / KOHLS, INC. / 2021-1-27 05:09 Case CV20941756
Sent To: CORPORATE CREATIONS NETWORK INC. 119 EAST COURT STREET CINCINNATI, OH 452020000